# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| JOHN P. NELSON | § | |
| | § | |
| V. | § | CASE NO. 4:06CV102 |
| | § | (Judge Schneider/Judge Bush) |
| CITY OF PLANO and CITY OF PLANO | § | |
| POLICE DEPARTMENT | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On March 22, 2007, the Report of the Magistrate Judge was entered containing his proposed findings of fact and recommendation that Defendants' Motion to Dismiss should be granted and Plaintiff's claims should be dismissed with prejudice.

The Court, having heard no objections raised or timely filed, is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that Defendants' Motion to Dismiss is **GRANTED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE.**

**SIGNED this 11st day of May, 2007.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE